IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUN 15 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE JO ALLEN MOORE,<br><br>Defendant. | CR 12-36-BLG-SPW<br><br>ORDER |

Before the Court is Defendant's motion for early termination of supervision (Doc. 40). The Court held a hearing on the motion on June 15, 2018. For the reasons stated on the record,

IT IS HEREBY ORDERED that the Defendant's motion is DENIED.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 15th day of June, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge